Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED BY _AW_ D.C.

SEP 24 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

_____ Division

| | |
|---|---|
| Keisha Robinson and Eugenie Eccleston on behalf of K.G. | Case No. _____ (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| Agency for Healthcare Administration | |
| *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Keisha Robinson and Eugenie Eccleston on behalf of K.G. |
   | Street Address | 348 South 9th Ave |
   | City and County | Mount Vernon |
   | State and Zip Code | NY   10550 |
   | Telephone Number | 917-548-0126 |
   | E-mail Address | keisharobinson@yahoo.com AND   princessanne3@att.net |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: Agency for Health Care Administration
- Job or Title (if known): Office of Fair Hearings
- Street Address: 2727 Mahan Drive, Mail Stop #11
- City and County: Tallahassee
- State and Zip Code: Florida 32308
- Telephone Number: 850-412-3649
- E-mail Address (if known): OfficeOfFairHearings@ahca.myflorida.com

**Defendant No. 2**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Medicaid Act, Title XIX of the Social Security Act, 42 U.S.C. § 1396
42 U.S.C. § 1302
§ 409.902, Fla. Stat.
Home and Community Based Waiver Program, a part of Medicaid
42 U.S.C. § 1396n; 42 C.F.R. § 435.217
Chapter 381, Florida Statutes; § 381.795
Medicaid fair hearing pursuant to 42 C.F.R. § 431.200
Fla. Admin. Code R. 65-2.042
Section 120.52, Florida Statutes

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Plaintiff K.G. is a quadriplegic who has severe traumatic spinal cord injury due to his accident in August 2020. Plaintiff Fair Hearing Case 21-FH1555 was ordered as "abandoned & closed" due to non-receipt of emailed court date. Plaintiff seeks 24hr care and the maximum amount of "respite care" and "companion care" that is allowed by all laws for plaintiff's quadriplegic traumatic spinal cord injury. See Exhibit 1

2. Plaintiff's request for 24 hour care was denied by Agency for Health Care Administration (AHCA) despite the fact that as a quadriplegic, plaintiff is "not capable of moving himself from his home without assistance and, therefore, cannot be left alone at home due to the risk of an emergency such as a fire." 24hr care is therefore warranted.

3. 24 hour care is "essential to ensure [the plaintiff's] health, and/or is necessary to prevent regression, and/or inappropriate or more costly placement or institutionalization."

See Exhibit 1

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff K.G. seeks 24hr care and the maximum amount of "respite care" and "companion care" that is allowed by all laws for plaintiff's quadriplegic traumatic spinal cord injury.

2. 24 hour care is "essential to ensure [plaintiff's K.G.] health, and/or is necessary to prevent regression, and/or inappropriate or more costly placement or institutionalization."

3. Plaintiff K.G.'s risk of infection and other complications increases when he is institutionalized or hospitalized and that when he gets an infection, "he gets sick very fast and has to be brought into the Emergency Room." Plaintifff K.G. goes from being fairly healthy for his condition to extremely ill very fast." Review of his medical amd hospital records will attest to this.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 22Sept2021

Signature of Plaintiff   *[signature]* and *[signature]* for K.G.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Printed Name of Plaintiff    Keisha Robinson and Eugenie Eccleston on behalf of K.G.

**B.  For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address